UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATALINA DAVIS )<br>      Plaintiff )<br>)<br>v. )<br>)<br>)<br>CARABETTA )<br>      Defendant )<br>) | CASE NUMBER 05-30112-MAP |

APPEARANCE OF COUNSEL

      Kindly enter my appearance as counsel for the Defendant in the above captioned matter.

August 19, 2005

_____
Attorney Ralph Carabetta
364 Ocean Avenue
Revere, Massachusetts  02151
781 289 0000