UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATALINA DAVIS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action number 05-30122-MAP |
| | ) | |
| CARABETTA, | ) | |
|     Defendant | ) | |

## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

NOW comes the Defendant who respectfully moves this Honorable Court to Continue the Initial Scheduling Conference currently scheduled for October 19, 2005 at 10:00 a.m. to any date convenient with the Court after October 24, with the exception of October 27 or November 1, 2005.

The undersigned has conferred with Plaintiff pursuant to Local Rule 7.1. Plaintiff does not object to the allowance of this Motion.

September 14, 2005

Respectfully Submitted,

_____
Attorney Ralph Carabetta
364 Ocean Avenue
Revere, Massachusetts 02151
(781) 289-0000
BBO #550567

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATALINA DAVIS,<br>        Plaintiff | )<br>)<br>) |
| v. | )    Civil Action number 05-30122-MAP |
| CARABETTA,<br>        Defendant | )<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that this date a copy of the enclosed Motion to Continue Initial Scheduling Conference was served on plaintiff by mailing a copy, prepaid first class United States postage, to:

Catalina Davis
74 Hill Street
Springfield, Massachusetts 01089

September 14, 2005

Respectfully Submitted,

Attorney Ralph Carabetta
364 Ocean Avenue
Revere, Massachusetts 02151
(781) 289-0000
BBO #550567