UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATALINA DAVIS<br>   Plaintiff<br><br>v.<br><br>CARABETTA<br>   Defendant | CASE NUMBER 05-30112-MAP |

CERTIFICATION PURSUANT TO LOCAL RULE 16(1)(D)(3)

I, Ralph Carabetta, hereby certify and affirm that I spoke with Sal D'Aquilla, authorized representative of "Carabetta", which for purposes of this certification assume to mean "Carabetta Management Company", concerning a budget allocation for this litigation under several alternative scenarios, including early settlement, late settlement, and potential costs should the matter proceed through trial; I further certify and affirm that the Sal D'Aquilla was advised of the various methods of alternative dispute resolution available pursuant to Local Rule 16(4).

10/27/05

_____
Attorney Ralph Carabetta

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATALINA DAVIS )<br>      Plaintiff  )<br>)<br>v.  )<br>)<br>)<br>CARABETTA  )<br>      Defendant  )<br>) | CASE NUMBER 05-30112-MAP |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Sal D'Aquilla, hereby certify and affirm that I am an authorized representative of "Carabetta", which for purposes of this certification assume to mean "Carabetta Management Company", concerning a budget allocation for this litigation under several alternative scenarios, including early settlement, late settlement, and potential costs should the matter proceed through trial; I further certify and affirm that Attorney Carabetta advised me of the various methods of alternative dispute resolution available pursuant to Local Rule 16(4).

/27/05

_____
Sal D'Aquilla