UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATALINA DAVIS, )
        Plaintiff )
 )
v. ) Civil Action No. 05-30112-MAP
 )
 )
 )
CARABETTA, )
        Defendant )

## SCHEDULING ORDER
October 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Amendments to the pleadings shall be filed by November 21, 2005.

2. All discovery shall be completed by March 10, 2006.

3. Counsel shall appear for a case management conference on March 16, 2006 at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                             /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge