UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATALINA DAVIS, | ) | |
|         Plaintiff | ) | |
| | ) | |
|     v. | ) | Civil Action number 05-30122-MAP |
| | ) | |
| CARABETTA, | ) | |
|         Defendant | ) | |

**CERTIFICATION PURSUANT TO FED.R.CIV.P. 27(a)(2)(b)**

    I, Ralph Carabetta, do hereby certify that when made aware that the Plaintiff in this matter did not plan to attend the deposition to which she had been subpoenaed, a good faith effort was made to secure Plaintiff's attendance. That effort included a teleconference with the Plaintiff during which time Plaintiff was offered sums of money to attend beyond those required by statute to be tendered. Plaintiff refused negotiation of her attendance and said she would not attend for "personal reasons."

                                        Respectfully Submitted,

March 10, 2006

                                        _____
                                        s/s Attorney Ralph Carabetta
                                        364 Ocean Avenue
                                        Revere, Massachusetts 02151
                                        (781) 289-0000
                                        BBO #550567