UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CATALINA DAVIS,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action number 05-30122-MAP |
| | ) | |
| **CARABETTA,** | ) | |
| **Defendant** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that this date a copy of the enclosed Motion to Dismiss, Motion for Sanctions, and Certification to:

Catalina Davis
74 Hill Street
Springfield, Massachusetts  01089

March 11, 2006

_____
s/s Attorney Ralph Carabetta
364 Ocean Avenue
Revere, Massachusetts 02151
(781) 289-0000
BBO #550567