UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATALINA DAVIS,           ) | | |
|        **Plaintiff**     ) | | |
|                            ) | | |
|    v.                      ) | **Civil Action number 05-30122-MAP** | |
|                            ) | | |
| **CARABETTA**,             ) | | |
|        **Defendant**     ) | | |

### MOTION FOR COSTS

NOW comes the Defendant who, because of Plaintiff's failure to appear for Scheduling Conference on March 16, 2006, moves for costs as follows:

Attorney's Fees:

1.75 hours Revere to Springfield;

.5 hours hearing;

1.75 hours Springfield to Revere

1 hour Motion preparation

5 hours x $200.00 per hour = $1,00.00

Respectfully Submitted,

March 16, 2006

_____
s/s Attorney Ralph Carabetta
364 Ocean Avenue
Revere, Massachusetts 02151
(781) 289-0000
BBO #550567