AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

### APPEARANCE

Case Number: CIVIL ACTION 05-30122-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Catalina Davis*

[FILED IN CLERK'S OFFICE 2006 APR 14 P 3: 20 U.S. DISTRICT COURT DISTRICT OF MASS]

_April 14, 2006_
Date

_[signature]_
Signature

Barbara F. Greenlee
Print Name

P.O. Box 4625
Address

Springfield    MA    01101
City            State    Zip Code

(413) 736-3500
Phone Number