UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 APR 14  P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| CATALINA DAVIS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 05-30122-MAP |
| | ) | |
| CARABETTA | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION IN OPPOSITION TO
DEFENDANT'S MOTIONS TO DISMISS AND FOR COSTS AND SANCTIONS**

NOW comes Catalina Davis, Plaintiff, in compliance with the order of this court, J. Neiman on March 30, 2006, moves this Honorable Court to DENY the motions of the Defendant to dismiss this case for failure to attend deposition and motion for monetary costs sanctions for that failure. The attached Affidavit of Plaintiff in Support of Motion in Opposition to Defendant's Motions to Dismiss and For Costs and Sanctions, which is herein incorporated by reference, sets forth in detail and under oath the substantial reasons for her Motion in Opposition.

WHEREFORE, the Plaintiff moves this Honorable to deny the Defendant's Motion to Dismiss for Failure of Party to Attend At Own Deposition, Motion for Costs and Motion for Sanctions.

Date: April 14, 2006

Barbara F. Greenlee, Esq.
BBO#210260
P.O. Box 4625
Springfield, MA 01101
Tel. (413) 736-3500    Fax (413) 736-3544