UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CATALINA DAVIS )<br>         **Plaintiff,** )<br>          )<br>    v.                )<br>          )<br>CARABETTA       )<br>         **Defendant.** )<br>          ) | Civil Action Number 05-30122-MAP |

FILED IN CLERK'S OFFICE
2006 APR 14  P 3: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATE OF SERVICE

I, Barbara F. Greenlee, hereby certify that on this date a copy of the enclosed Plaintiff's Motion In Opposition To Defendant's Motions for Dismiss and for Costs and Sanctions, Affidavit in Support of Plaintiff's Motion In Opposition to Defendant's Motions To Dismiss and For Costs and Sanctions, Appearance, and Certifications was mailed to Attorney Ralph Carabetta 364 ocean Avenue, Revere, Massachusetts 02151.

Date: April 14, 2006

Barbara F. Greenlee, Esq.
BBO#210260
P.O. Box 4625
Springfield, MA 01101
Tel. (413) 736-3500    Fax (413) 736-3544