UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATALINA DAVIS,              )
       Plaintiff      )
                       )
v.                           )    Civil Action No. 05-30112-KPN
                       )
                       )
                       )
                       )
CARABETTA,                   )
       Defendant      )

## SCHEDULING ORDER
April 25, 2006

NEIMAN, C.M.J.

The following schedule is now in effect, replacing all other schedules:

1. All non-expert discovery shall be completed by June 28, 2006.

2. Counsel shall appear for a case management conference on July 6, 2006, at 10:00 a.m. in Courtroom Three. Defendant's counsel may attend by telephone.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      Chief Magistrate Judge