UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATALINA DAVIS,<br>　　　　Plaintiff | ) ) ) ) | |
| v. | ) ) ) | Civil Action No.  05-30112-MAP |
| CARABETTA,<br>　　　　Defendant | ) ) ) | |

FURTHER SCHEDULING ORDER
July 6, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management onference this day:

1. All remaining discovery shall be completed by August 31, 2006.

2. By August 31, 2006, Plaintiff shall pay Defendant the $550 ordered on April 25, 2006.

3. Defendant shall file his dispositive motion by September 15, 2006.

4. Plaintiff's opposition to the motion for summary judgment shall be filed by October 4, 2006, to which Defendant may reply by October 13, 2006.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge