UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATALINA DAVIS )<br>      Plaintiff, )<br>)<br>v.           )<br>)<br>CARABETTA )<br>      Defendant. )<br>) | Civil Action Number ~~05-30122-MAP~~<br>05 CV 30112-KPN |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

NOW comes Catalina Davis, Plaintiff, in response to this Court's order on April 25, 2006 and reiterated on July 6, 2006, moves this Honorable Court to reconsider the said order to pay the Defendant $550 for failure to attend the first deposition. The attached Affidavit of Plaintiff in Support of Motion For Reconsideration, which is herein incorporated by reference, sets forth in detail and under oath the substantial reasons for her Motion For Reconsideration.

WHEREFORE, the Plaintiff moves this Honorable reconsider the order to pay $550 to the Defendant by August 31, 2006 and extend the payment period over the several months.

Date: July 7, 2006

Barbara F. Greenlee, Esq.
BBO#210260
P.O. Box 4625
Springfield, MA 01101
Tel. (413) 736-3500    Fax (413) 736-3544