UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CATALINA DAVIS** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action Number ~~05-30122-MAP~~ |
| | ) | 05 CV 30112-KPN |
| **CARABETTA** | ) | |
| **Defendant.** | ) | |
| | ) | |

### AFFIDAVIT IN SUPPORT OF
### PLAINTIFF'S MOTION FOR RECONSIDERATION

I, Catalina Davis, on oath and under the pains and penalties of perjury do state the following in support of my Motion For Reconsideration

1.  On July 6, 2006, I heard the Judge order me to pay Attorney Carabetta $550 because I did not go to Revere for the first deposition and I was shocked.

2.  I did go to the next scheduled deposition in Revere because Attorney Carabetta sent me a check for $125 so I could rent a car and hire a driver. He did not send me a check for the first deposition.

3.  My only income is from Social Security for $551.20 a month and Supplemental Security Income for $186.39 a month. I have attached the most recent notice from Social Security to this affidavit as "A".

4.  I do not have a job and I have to support myself and my two year old daughter from my social security check.

5.  In addition to my rent, which is $495 a month, I have to pay $200 a month in car insurance, (my 1993 car broke down and I had to borrow some money to get another car), and about $250 in utilities and living expenses. I get some help with my rent and I get food stamps but I don't have any extra money. I am barely getting by.

6.  There is no way I can pay $550 all at once to anybody. I just don't have that kind of money and there is no one I can borrow that money from.

7.  I really want the Judge to change that order and not order me to pay anything but if the

Judge is going to make me pay the $550, I am pleading with him to allow me to spread the payments out so that I only pay $75 or less a month until it is paid off.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS SEVENTH DAY OF JULY 2006.

_____
Catalina Davis, Plaintiff

SOCIAL SECURITY ADMINISTRATION          "A"

                                                 Date: July 5, 2006
                                                 Claim Number: 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A
                                                           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DI

CATALINA M DAVIS
74 HILL ST
WEST SPRINGFIELD MA 01089-3416

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2005, the full monthly
   Social Security benefit before any deductions is......$ 551.20

   We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 551.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning January 2006, the current
   Supplemental Security Income payment is...............$ 186.39

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 413-785-5725. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

>SOCIAL SECURITY
>70 BOND STREET
>SPRINGFIELD, MA 01104

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

>OFFICE MANAGER