UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATALINA DAVIS             )<br>       **Plaintiff,**  )<br>                             )<br>.    v.                      )<br>                             )<br>CARABETTA                    )<br>       **Defendant.**  )<br>                             ) | Civil Action Number ~~05-30122-MAP~~<br>05CV30112-KPN |

**CERTIFICATE OF SERVICE**

I, Barbara F. Greenlee, hereby certify that on this date a copy of the enclosed Plaintiff's Motion For Reconsideration was mailed to Attorney Ralph Carabetta 364 ocean Avenue, Revere, Massachusetts 02151.

Date: July 7, 2006

Barbara F. Greenlee, Esq.
BBO#210260
P.O. Box 4625
Springfield, MA 01101
Tel. (413) 736-3500   Fax (413) 736-3544