**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **CATALINA DAVIS,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action number 05-30112-MAP** |
| | ) | |
| **CARABETTA,** | ) | |
| **Defendant** | ) | |

**MOTION TO EXTEND TIME TO FILE DEFENDANT'S SUMMARY**
**JUDGMENT MOTION TO SEPTEMBER 16, 2006.**

NOW comes the Defendant's attorney who respectfully moves the Court to extend the time the Summary Judgment Motion is due in this matter from September 15 to September 16, 2006.

Counsel for Defendant certifies he has attempted to obtain opposing counsel Greenlee's assent to this request, but has been unable to reach her.

Plaintiff will not be prejudiced by allowance of this Motion, and no further events currently scheduled will be impacted.

September 15, 2006

Respectfully submitted,

/s/Ralph Carabetta
Attorney Ralph Carabetta
364 Ocean Avenue
Revere, Massachusetts 02151
781 289 0000
BBO no. 550567