# DISCRIMINATION COMPLAINT
## MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION AND EEOC

FEPA: 022302968

EEOC NO.: 16CA203108

FILING DATE: 8/27/02

VIOLATION DATE: 6/29/02

RECEIVED AUG 27 2002

Commission Against Discrimination Springfield Office

**NAME OF AGGRIEVED PERSON OR ORGANIZATION:**

Catalina Davis
235 Union St.
West Springfield, MA 01089

TELEPHONE NUMBERS:
HOME: (413) 739-8527
BUSINESS:

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY OR STATE/LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

Carrabetta
4 Federal Ct.
Springfield, MA 01109

TELEPHONE NUMBER:
(413) 737-7847

NO. OF EMPLOYEES: 25+

**CAUSE OF DISCRIMINATION BASED ON:** Sexual Harassment and Retaliation

... OR TELEPHONE
... WITH THEM IN THE PROCESSING OF MY
... ORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_[signature]_
Catalina Davis

SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY OF 27th of August, 2002.
NOTARY PUBLIC: _[signature]_
My Commission Expires: 02/02/03