1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 05-30112 MAP

CATALINA DAVIS

vs.

CARABETTA

DEPOSITION OF CATALINA DAVIS, a witness called on behalf of the Defendant, taken pursuant to Notice under the applicable provisions of the General Rules of Civil Procedure of the Superior Court before Ilona Connor, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of Ralph Carabetta, Esq., 364 Ocean Avenue, Revere, Massachusetts, on Tuesday, June 27, 2006, commencing at 1:05 p.m.

CDA CONNOR & DESMARAIS AGENCY

517 Walnut Street

Saugus, MA 01906

IC                    (781) 231-0900                    IC

52

# CERTIFICATE

I, Ilona Connor, a Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing record, Pages 1 to 52, inclusive, is a true and accurate transcript of my system tapes to the best of my knowledge, skill and ability.

In witness whereof, I have hereunto set my hand and seal on this 10th day of July, 2006.

_Ilona Connor_

Ilona Connor

Notary Public

My Commission Expires: 9/29/2006