12

1   A   Sure can.

2           MR. CARABETTA:  I guess can we mark that?

3           (Exhibit No. 1, marked.)

4   Q   Catalina, can you take a look at this and tell me if

5       this is the complaint with the addendum that you

6       filed in the Federal Court?

7   A   Yes.  Yep.

8   Q   All right.  At some point, Catalina, do you remember

9       a new subcontractor coming to work on Oswego Street

10      to do the cleaning?

11  A   A new -- no.

12  Q   Was there a company called Source One that was hired

13      to do cleaning at Oswego?

14  A   They were hired, I don't know where they were placed,

15      but they were hired to work.  They were supposed to

16      be the new company that took over the company, they

17      weren't hired to do -- they were supposed to be the

18      new company that took over Carabetta, and there

19      wasn't going to be no more Carabetta, it was going to

20      be Source One now.

21  Q   And at point did you get laid off, or you were told

22      there was no more work for you?

23  A   Yep.

24  Q   Do you recall when that was?

13

1  A  No.

2          (Off the Record)

3  Q  And then when Source One came in, did you stop
4     receiving a check from Baystate or Carabetta for
5     cleaning?

6  A  I did then, because when they came in I was fired,
7     and then I called Sal, and I was cursing him out, and
8     he got me a job with Source One to clean the daycare
9     on Walnut Street, and then Source One let me go.

10 Q  Why did Source One let you go?

11 A  I don't know.

12 Q  How long had you been working for Source One?

13 A  I think 13 months.

14 Q  Did they give you a reason when they let you go?

15 A  I don't remember.

16 Q  Is that they did, they didn't?  Best of your
17    recollection?

18 A  I don't know.

19 Q  Did that make you angry?

20 A  I didn't have a job, I didn't have no money.

21 Q  And at that point, what did you do?

22 A  No, I did not sue, because Source One fired me.

23 Q  Just listen to my question.

24 A  I know what you're trying to say.