25

| | | |
|---|---|---|
| 1 | Q | And some point you were laid off by Source One, that |
| 2 | | was about sometime in August, 2002? |
| 3 | A | That's fair to say. |
| 4 | Q | What did you do then? |
| 5 | A | I told you, I didn't work. |
| 6 | Q | Do you know Wayne Mitchell? |
| 7 | A | Yes, I know Wayne Mitchell. |
| 8 | Q | Who is Wayne Mitchell? |
| 9 | A | Wayne Mitchell is a friend of mine that I've known |
| 10 | | for years, and I used to work for him. |
| 11 | Q | Is he still a friend of yours? |
| 12 | A | Yes. |
| 13 | Q | At some point did you have a conversation with Wayne |
| 14 | | Mitchell? |
| 15 | A | I always talked to Wayne Mitchell. |
| 16 | Q | Around -- after you got laid off from Source One? |
| 17 | A | I can't recall, but I probably did.  I'm not sure, I |
| 18 | | won't say I did, I don't know what is was about. |
| 19 | Q | Did you mention to Wayne Mitchell anything about |
| 20 | | getting a job back? |
| 21 | A | He told me -- I asked him why he didn't call me, he |
| 22 | | told me he didn't call me because I was his friend |
| 23 | | and didn't think I wanted my job back.  But I knew |
| 24 | | that was a lie, the reason why he didn't call me is |

26

1     because ya'll didn't want me to come back.
2 Q  He told you he didn't call you why?
3 A  Because me and he was friends and he knew I didn't
4     want the job back.
5 Q  At that point what happened?
6 A  Nothing, I already went to discrimination, and he
7     told me that he would talk to Sal and Jiacco, because
8     at the time, you know, they were the big bosses, but
9     nothing ever happened. Wayne didn't have no pull
10    anyway, Wayne could talk to you about everything, but
11    he wasn't going to do anything, because he didn't
12    have control over that.
13 Q  So, he was not the person who did the hiring?
14 A  No, he hired me, but he wasn't in control of taking
15    nobody back if somebody got hired, he didn't have
16    access to that.
17 Q  Did you ever ask Wayne for your job back?
18 A  Of course I did.
19 Q  What happened?
20 A  He told me he didn't call me, because he knew I
21    didn't want to work there.
22 Q  Did you have a conversation with him afterwards?
23    Strike that.
24       Did you have a conversation with Wayne in-