Catalina Davis
vs.
Carabetta

9/31/06
Time: 10:05

To: Whom it may concern:

I, Catalina Maria Davis of 74 Hill St. West Spfld 01089. Called the federal courts 1 month in reguards to my case, the person who I spoke too told me there wont be anything done till 9/06. I contacted my lawyer she did not answer her phone or she did not return any of my phone calls. I was a victom of bad representation from attorney Greenled she took my little bit of money I receive from the state and she also made me pay to her to practise in (license to practise) federal courts. She charge $150.00 every court date and never kept me inform of my court dates o call me. I am very upset that the judge throw my case out, because I need a second chance to hired a nice lawyer and receive proper representation. I found out 9/30/06 at 3:30 from the federal courts that my case was dismiss neither my lawyer or Carabetta or any mail came to my house to inform me.

This is the true, the nothing but the true. So help me God.

Catalina Davis
9/31/06

FILED IN CLERK'S OFFICE
2006 OCT 31 A 10:14
U.S. DISTRICT COURT
DISTRICT OF MASS