UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATALINA DAVIS,
Plaintiff

v.                                    Civil Action No. 05-30112-MAP

Carabetta,
Defendant

### Plaintiff's Notice of *Pro Se* Representation

Please enter my appearance on behalf of myself in the above-captioned matter.

The Plaintiff,

Catalina Davis                        Date: 12/1/06
74 Hill Street
West Springfield, MA 01089
Tel: 246-4612

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, by first class mail, postage prepaid, to all counsel of record, this 1st day of December, 2006.

Catalina Davis