UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATALINA DAVIS, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-30112-MAP |
| | ) | |
| | ) | |
| CARABETTA, | ) | |
| Defendant | ) | |

PROCEDURAL ORDER
RE: FINAL PRETRIAL CONFERENCE/TRIAL

NEIMAN, C.M.J.

The above entitled action is scheduled for final pretrial conference on June 20, 2007 at 2:00 p.m. in Courtroom Three, U.S. District Court, 1550 Main Street, Springfield, Massachusetts. Each party shall appear at the conference.

Trial in this matter is scheduled to commence on June 25, 2007, at 9:00 a.m. Trial shall proceed from 9:00 a.m. to 12:00 p.m., and from 1:00 p.m. to 4:00 p.m. daily.

Pursuant to the provisions of Local Rule 16.5, the parties shall meet prior to the conference to accomplish the following:

(1)  to discuss and negotiate settlement of the action;
(2)  to draft and sign a stipulation as all uncontested facts;
(3)  to narrow the issues to be tried;
(4)  to show to all parties any and all exhibits to be offered at trial;
(5)  to notify all parties of the names and addresses of all witnesses to be called at trial, including names and qualifications of expert witnesses; and
(6)  to discuss and narrow any differences with respect to jury instructions, special verdict forms or special interrogatories.

The parties shall jointly prepare and file, by June 13, 2007, a pretrial memorandum which sets forth the following:

(1)  a concise statement of the evidence that will be offered by all parties with respect to both liability and damages (including special damages, if any);
(2)  a statement of facts established by the pleadings, by admissions or by stipulations (with the understanding that the parties shall stipulate to all facts not in genuine dispute);
(3)  contested issues of fact;

(4) any jurisdictional questions;
(5) any question raised by pending motions;
(6) issues of law, including evidentiary questions, together with supporting authority;
(7) any requested amendments to the pleadings;
(8) any additional matters to aid in disposition of the case;
(9) the probable length of trial and whether jury or non-jury;
(10) a list of the names and addresses of witnesses who will testify at trial and the purpose of the testimony;
(11) a list of the proposed exhibits to be offered at trial (with the understanding that the parties shall distinguish those exhibits to be introduced without objection from those to be introduced with objection) and proposed jury instructions, special verdict form or special interrogatories on which the parties agree.

Also by June 13, 2007, the parties shall independently file the following:

(1) any proposed voir dire questions;
(2) any pretrial motions, i.e., motions in limine, for a view, etc.; and
(3) any proposed jury instructions and/or special verdict questions.

By June 18, 2007, the parties shall file any oppositions to the outstanding motions.

    Compliance with this Order is not excused absent the filing of closing papers or the entry of a Settlement Order of Dismissal in a form prescribed by the Court.

    PLEASE NOTE:  The court requires twenty-four (24) hour notice of settlement. Any settlement on the eve of trial may result in the imposition of costs, including the costs associated with bringing in jurors unnecessarily.

BY THE COURT:

DATED:  May 21, 2007

  /s/ Bethaney A. Healy
Bethaney A. Healy, Deputy Clerk