05-30112-KPN 6/11/07

Dear, Judge Niman

I want to start off by saying Thank you for being so patient with me. I've been working very hard on this case, I did find a lawyer Perman Glenn but he doesn't do this kind of case & every lawyer that I did find is either $198. per session or needs more time the trial is to soon, for other lawyers and I had to pay them for visits out of my Social Security check. So I ask that the Federal District Courthouse Please help me in appointing me a lawyer.

thank you

Marina Davis

FILED IN CLERK'S OFFICE