**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CATALINA DAVIS,

        Plaintiff,                                CIVIL ACTION
v.                                                NO.  05-30112-KPN

CARABETTA,

        Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE NEIMAN

HILLMAN, M.J.

     This case was scheduled before me on June 5, 2007. On that date, Defendant was present, but Plaintiff was not. I re-scheduled this matter for June 19, 2007, but was advised by Defendant that they were not interested in pursuing Mediation at this time.

     The case was:

- ( )    Settled. Your clerk should enter a ___ day order of dismissal.
- ( )    There was progress. A further conference has been scheduled for _____. unless the case is reported settled prior to that date.
- ( **X** )    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.


June 14, 2007                                            /s/ Timothy S. Hillman
Date                                                      TIMOTHY S. HILLMAN, M.J.