UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
**CATALINA DAVIS**     )
       **Plaintiff**    )
                                )
**v.**                             )         CASE NUMBER 05-30112-MAP
                                )
                                )
**CARABETTA**         )
       **Defendant**  )
_____)

**MOTION TO EXTEND TIME TO COMPLY WITH PROCEDRAL ORDER
RE: FINAL PRETRIAL CONFEENCE**

       Defendant moves to be allowed until noon on the date of the final Pretrial Conference in this matter (scheduled for 2 p.m. on June 20, 2007) to attempt to comply with the Procedural Order dated May 21, 2007.
       As reason therefore, Plaintiff reports that she did not receive a copy of the Order until June 14.  The undersigned will attempt to prepare a meaningful conference report to which both parties will agree for submission to the Court.
       The Plaintiff and the undersigned have conferred, and the Plaintiff assents to this Motion and statement.
       In the event that Plaintiff and Defendant are unable to agree to a conference report, the undersigned moves to be allowed to file a report in the Defendant's name only.

June 14, 2007

                                                    Respectfully submitted,
                                                    Defendant by its attorney,

                                                    /s/ Attorney Ralph Carabetta
                                                    364 Ocean Avenue
                                                     Revere, Massachusetts  02151
                                                     781 289 0000

Certificate of Service:  The undersigned certifies that he mailed a copy of this Motion prepaid first class postage this date to the Plaintiff at 74 Hill Street w. Springfield MA  01089
June 14, 2007
/s/ Ralph Carabetta