UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATALINA DAVIS,            )
       Plaintiff    )
                          )
   v.                  )    Civil Action No. 05-30112-KPN
                          )
CARABETTA,                 )
       Defendant    )

## SETTLEMENT ORDER OF DISMISSAL
June 25, 2007

The court, having been advised on June 25, 2007, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within three (3) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk